Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Charles O. Harris* for petitioner. *Messrs. Eugene P. Locke* and *Stanley K. Henshaw* for respondent. ▪

No. 224. UNITED STATES *v.* PROVIDENT TRUST CO., ADMINISTRATOR. October 9, 1933. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Biggs* for the United States. *Messrs. George M. Morris* and *Joseph Carson* for respondent. ▪

No. 257. E. H. FERREE CO. ET AL. *v.* UNITED SHOE MACHINERY CORP. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. George P. Dike* and *Donald Campbell* for petitioners. *Mr. Charles Neave* for respondent. ▪

No. 290. CHASE NATIONAL BANK, TRUSTEE, *v.* CITY OF NORWALK. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. George D. Welles* and *Timothy N. Pfeiffer* for petitioner. *Messrs. G. Ray Craig* and *Walter A. Eversman* for respondent. ▪

No. 295. LANDRESS *v.* PHOENIX MUTUAL LIFE INS. CO. ET AL. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. William L. Frierson* and *R. P. Frierson* for petitioner. *Mr. Vaughn Miller* for respondents. ▪